JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER, | CV 19-9095 PA (AGRx) |
| Plaintiff, | JUDGMENT |
| v. | |
| JESUS MARIA D. SIGUENZA, et al., | |
| Defendants. | |

Pursuant to the Court's June 2, 2020 Order declining to exercise supplemental jurisdiction over Plaintiff's Unruh Civil Rights Act claim, and the Court's July 9, 2020 Order denying Plaintiff's motion for summary judgment and dismissing Plaintiff's Americans with Disabilities Act claim as moot,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall have judgment in their favor against Plaintiff.

IT IS SO ORDERED.

DATED:  July 9, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE